UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-21270-SCOLA
MAGISTRATE JUDGE REID

LUIS LACASSE,

    Petitioner,

v.

MARK INCH, SEC'Y,
FLORIDA DEP'T OF CORR'S,

    Respondent.
_____/

## REPORT RE: MOTION FOR LEAVE
## TO APPEAL IN FORMA PAUPERIS [ECF 10]

This matter is before the Court upon Petitioner's motion to proceed *in forma pauperis* on appeal. [ECF 10]. The District Court referred the motion to the undersigned for consideration and report, pursuant to 28 U.S.C. § 636(b)(1)(A). [ECF 11]. After reviewing the motion, along with the entire court file, the undersigned finds that the motion is without merit.

Pursuant to Rule 24 of the Federal Rules of Appellate Procedure, a motion to appeal *in forma pauperis* must include an affidavit that

    (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;

    (B) claims an entitlement to redress; and

(C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1).

Here, Petitioner has included an affidavit that satisfies the requirement of Fed. R. App. P. 24(a)(1)(A). However, he makes no mention of any entitlement to redress or of any issues that Petitioner intends to present on appeal. *See* Fed. R. App. P. 24(a)(1)(B), (C). Therefore, Petitioner has not met his burden in order to proceed *in forma pauperis* on appeal.

Moreover, if Petitioner intends to appeal the District Court's denial of Petitioner's 28 U.S.C. § 2254 motion, the Court has declined to issue a certificate of appealability. *See* [ECF 6, p. 3]. Additionally, under 28 U.S.C. § 1915(a)(3), an appeal "may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." An application to appeal in forma pauperis may be denied "if it appears-objectively-that the appeal cannot succeed as a matter of law." *United States v. Alvarez,* 506 F. Supp. 2d 1285, 1291 (S.D. Fla. 2007), quoting *DeSantis v. United Technologies Corp.,* 15 F. Supp. 2d 1285, 1289 (M.D.Fla.1998) *aff'd,* 193 F.3d 522 (11th Cir.1999); *see also Carroll v. Gross,* 984 F.2d 392, 393 (11th Cir.1993) (case is frivolous for *in forma pauperis* purposes if it appears there is "little or no chance of success").

It is therefore recommended that Petitioner's motion to proceed *in forma pauperis* on appeal [ECF 10] be DENIED.

Objections to this report may be filed with the district judge within fourteen days of receipt of a copy of the report. Failure to file timely objections shall bar petitioner from a *de novo* determination by the district judge of an issue covered in this report and shall bar the parties from attacking on appeal factual findings accepted or adopted by the district judge, except upon grounds of plain error or manifest injustice. *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

SIGNED this 15th day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

cc: **Luis La-Casse**
DC#402476
Suwanne Correctional Institution-Annex
Inmate Mail/Parcels
5964 US Highway 90
Live Oak, FL 32060