United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Luis La-Casse, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 19-cv-21270-RNS |
| | ) |
| Mark S. Inch, Defendant | ) |

### Order Adopting Magistrate Judge's Report And Recommendation

This case was referred to United States Magistrate Judge Lisette M. Reid, consistent with Administrative Order 2019-02 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On October 15, 2019, Judge Reid issued a report, recommending that the Plaintiff's motion for leave to appeal in forma pauperis (ECF No. 10) be denied. (Report of Magistrate, ECF No. 12.) On October 29, 2019, the Petitioner filed his objections to the Magistrate Judge's Report. (ECF No. 13.)

The Court has considered Judge Reid's report, the Petitioner's objections, the record, and the relevant legal authorities. The Plaintiff raises new arguments not raised in its motion before the Magistrate Judge. In exercising its discretion, this Court will not consider new arguments not presented to the Magistrate Judge. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) ("We conclude that the district court has broad discretion in reviewing a magistrate judge's report and recommendation, and therefore, the district court did not abuse its discretion in declining to consider [the] timeliness argument that was not presented to the magistrate judge."). Accordingly, the Court **affirms and adopts** Judge Reid's report and recommendation (**ECF No. 12**). The Court **denies** the Plaintiff's motion for leave to appeal in forma pauperis. (**ECF No. 10.**)

**Done and ordered**, at Miami, Florida, on December 12, 2019.

_____
Robert N. Scola, Jr.
United States District Judge